

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| CQUENTIA SERIES HOLDINGS, LLC, | § | No. 08-20-00033-CV |
| Appellant, | § | Appeal from the |
| v. | § | 126th District Court |
| LUMINEX CORPORATION, | § | of Travis County, Texas |
| Appellee. | § | (TC# D-1-GN-19-003896) |

## <u>J U D G M E N T</u>

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF APRIL, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.